REAL EST. TITLE INSURANCE AND TRUST CO.'S APPEAL.

Appeal, No. 168, Jan. T., 1892, from O. C. Phila. Co., in above estate. Argued with preceding case.

OPINION BY MR. JUSTICE McCOLLUM, January 3, 1893:

For reasons stated in the opinion filed in the appeal of St. John's Orphan Asylum, No. 96, Jan. T., 1892, the decree is affirmed and appeal dismissed at the cost of the appellant.